# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| LAUNIUS ROBERT GLENN, AS POA FOR ANITA DORIS GLENN<br><br>v.<br><br>PROBATE COURT OF DENTON COUNTY, CONSPIRACY GROUP; RICHARD DOUGLAS RANNE, CONSPIRACY GROUP; OTHERS, CONSPIRACY GROUP; AND WAYNE KIETH RANNE | §<br>§<br>§  Civil Action No. 4:17-CV-129<br>§  (Judge Mazzant/Judge Nowak)<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 20, 2017, the report of the Magistrate Judge (Dkt. #48) was entered containing proposed findings of fact and recommendations that Defendants Richard Douglas Ranne's and Wayne Keith Ranne's Consolidated Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (Dkt. #37) and Defendants Probate Court of Denton County's and Associate Judge David Jahn's Consolidated Rule 12 Motion to Dismiss (Dkt. #40) each be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Richard Douglas Ranne's and Wayne Keith Ranne's Consolidated Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (Dkt. #37) and Defendants

Probate Court of Denton County's and Associate Judge David Jahn's Consolidated Rule 12 Motion to Dismiss (Dkt. #40) each are **GRANTED**.

It is further **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED** without prejudice. All relief not previously granted is **DENIED** (including specifically any relief sought by and through Dkt. #16). The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

 SIGNED this 27th day of July, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE